**Dated: January 17, 2017**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In RE:
    DARRIN R. DUNKIN    )    Case No. 14-13637-JDL
    PAMELA D. DUNKIN    )    Chapter 13
    Debtors    )

### ORDER APPROVING LOAN MODIFICATION ON DEBTORS FIRST MORTGAGE AND AWARDING ATTORNEY FEE COMPENSATION

The above entitled matter comes for consideration pursuant to Debtors' Motion to Approve Loan Modification and Motion for Attorney Compensation. Counsel for the Debtors' represents to the Court that the Motion was filed on the 16th day of December, 2016, and was served on all interested parties pursuant to Local Bankruptcy Rule 9007, and that the last day for filing objections/responses was January 6, 2017, which has passed with no objections/responses thereto being served and filed. Therefore, the Motion should be granted. Since no objection is on file the Court Orders:

1. That the Court approves the Agreed Requested Loan Modification, as being in the best interest of the Debtors and the bankruptcy estate.

2. Counsel for the Debtor, Philip A. Hurtt is awarded $500.00 attorneys fees for the preparation of this Motion and Order to be paid through the Chapter 13 Plan.

**All findings of fact are based upon representation of counsel for the debtor.**

**IT IS SO ORDERED!**

###

Approved for Entry:

/s/Philip A. Hurtt
PHILIP A. HURTT, OBA 16244
Branch & Hurtt Law Firm, P.C.
1525 SW 89th Street
Oklahoma City, OK 73159
(405) 634-7600 Telephone
(405)634-9306 Facsimile
lacristaoklaw@coxinet,net
*Attorney for the Debtors*

/s/Linda Ruschenberg
Linda Ruschenberg, OBA# 12842
321 Dean A. McGee Avenue
PO Box 1948
Oklahoma City, OK 73101
(405) 236-4843 Telephone
(405) 236-1004 Facsimile
13trustee@chp13okc.com
*Attorney for the Chapter 13 Trustee*